# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 29, 2026

Lyle W. Cayce
Clerk

————————

No. 25-10790
Summary Calendar

————————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

KEENU JAQUAN DUDLEY,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CR-398-6

———————————————————————

Before HIGGINBOTHAM, HIGGINSON, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:*

The attorney appointed to represent Keenu Jaquan Dudley has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Dudley has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Dudley's claims of

————————————————

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-10790

ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Dudley's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.